UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NOVELLA PROFF,

      Plaintiff,

vs.

                                      Case No. 3:19-cv-1043-J-39JBT

NAVIENT SOLUTIONS, LLC,

      Defendants
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Neda Ghomeshi, Esq. of the law firm of HINSHAW & CULBERTSON LLP hereby moves this Honorable Court to withdraw as counsel of record on behalf of Defendant, Navient Solutions, LLC ("Defendant") in the above-captioned cause of action, and in support states as follows:

1. Ms. Ghomeshi is Defendant's attorney and has entered her appearance and is counsel in the case.

2. Ms. Ghomeshi is leaving the employment of Hinshaw & Culbertson LLP, effective at the close of business on January 24, 2020.

3. Barbara Fernandez, Esq. of the law firm of Hinshaw & Culbertson LLP has entered her appearance and will continue to serve as counsel for Defendant.

4. Pursuant to Local Rule 2.03, counsel for Defendant conferred with counsel for Plaintiff regarding her withdrawal from the matter. Counsel for Plaintiff does not oppose the relief sought in this Motion.

5. Pursuant to Local Rule 2.03, counsel for Defendant conferred with Defendant regarding her withdrawal from the case. Defendant does not oppose the relief sought in this Motion.

6.The withdrawal of Ms. Ghomeshi as counsel will not cause any need for continuance or delay to the matter given the procedural posture of the case. Furthermore, Defendant remains represented by Barbara Fernandez, Esq. of Hinshaw & Culbertson LLP.

WHEREFORE, Ms. Ghomeshi respectfully requests this Honorable Court enter an order granting her leave to withdraw her appearance as counsel for Defendant, NAVIENT SOLUTIONS, LLC.

*s/ Neda Ghomeshi*
Neda Ghomeshi
Florida Bar No. 123554
nghomeshi@hinshawlaw.com
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant

Case No. 3:19-cv-1043-J-39JBT

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Max Story, Esq.
Austin Griffin, Esq.
328 2nd Avenue North
Jacksonville Beach, FL 32250
max@storylawgroup.com
austin@storylawgroup.com

 

*s/ Neda Ghomeshi*
Neda Ghomeshi
Florida Bar No. 123554
nghomeshi@hinshawlaw.com
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile:  305-577-1063
Attorneys for Defendant

3